UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSEPH SCIASCIA, et al.,

                        Plaintiffs,

                                                    **ORDER**
            -against-                               CV 09-4237 (ADS)(ARL)


ROCHDALE VILLAGE, INC.,

                        Defendant.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**


        The parties have submitted their proposed Joint Pretrial Order.  After examination of the
order, the court finds that it substantially complies with District Judge Spatt's  requirements.


        Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready
for trial.  The action will be tried in accordance with the discretion and trial calendar of District
Judge Spatt.



Dated:  Central Islip, New York             **SO ORDERED:**
        November 24, 2010
                                            _____/s/_____
                                            ARLENE ROSARIO LINDSAY
                                            United States Magistrate Judge